

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2019

No. 04-19-00239-CV

Debora Alisa **DARDEN**,
Appellant

v.

Darrell Keith **DARDEN**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI17644
Honorable Michael E. Mery, Judge Presiding

## O R D E R

The Appellant's Motion for Leave to File Brief and Extension of Time is GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2019.

_Luz Estrada_
LUZ ESTRADA,
Chief Deputy Clerk